IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30264
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PHIL HENDERSON, SR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-269
- - - - - - - - - -
August 20, 1996

Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Phil Henderson, Sr., has appealed his convictions of drug-trafficking offenses. Contrary to his contentions, (1) the evidence amply supports the jury's verdict, see United States v. Inocencio, 40 F.3d 716, 724-26 (5th Cir. 1994); (2) the district court did not abuse its discretion by admitting Fed. R. Evid. 404(b) evidence, see United States v. Elwood, 999 F.2d 814, 815-17 (5th Cir. 1993); and (3) Henderson has abandoned other

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

possible issues by failing to brief them.  See <u>United States v.
Gipson</u>, 46 F.3d 472, 474-75 (5th Cir. 1995).

JUDGMENT AFFIRMED.